TM/PMC: USAO 2023R00108
PEB 3.8.23

USDC- BALTIMORE
'23 APR 3 PM 3:19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD STANLEY FIGGS,<br><br>Defendant. | CRIMINAL NO. BAH 23-cr-0120<br><br>(Assault within Maritime Jurisdiction, 18 U.S.C. §§ 113(a)(5), (7) and 3238) |

# INFORMATION

### COUNT ONE
(Assault within Maritime Jurisdiction)

The United States Attorney for the District of Maryland charges that:

On or about June 25, 2022, within the special maritime jurisdiction of the United States,

**EDWARD STANLEY FIGGS,**

a resident of the State of Maryland, did assault victim K.B., to wit: while on the high seas aboard the Norwegian Cruise Line vessel *M/S Joy*, FIGGS touched K.B.'s clothed breast without K.B.'s consent.

18 U.S.C. §§ 113(a)(5), (7) and 3238.

TOI MASON (Affiliate)
Digitally signed by TOI MASON (Affiliate)
Date: 2023.04.03 10:06:35 -04'00'

Erek L. Barron
United States Attorney

Date: April 3, 2023