TM/PMC: USAO 2023R00108
PEB 3.8.23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. BAH-23-120 |
|---|---|
| v. | (Assault within Maritime Jurisdiction, 18 U.S.C. § 113(a)(5) and 3238) |
| EDWARD STANLEY FIGGS, | |
| Defendant. | |

## INFORMATION

### COUNT ONE
(Assault within Maritime Jurisdiction)

The United States Attorney for the District of Maryland charges that:

On or about June 25, 2022, within the special maritime jurisdiction of the United States,

**EDWARD STANLEY FIGGS,**

a resident of the State of Maryland, did assault victim K.B., to wit: while on the high seas aboard the Norwegian Cruise Line vessel *M/S Joy*, FIGGS touched K.B.'s clothed breast without K.B.'s consent.

18 U.S.C. § 113(a)(5) and 3238.

_____
Erek L. Barron
United States Attorney

Date: April 4, 2023